**99–817.   State v. Sura.**
Stark App. No. 95CA0410.   On motion for leave to file delayed appeal.   Motion denied.

**99–821.   State v. White.**
Marion App. No. 9–98–52.   On motion for leave to file delayed appeal.   Motion denied.
   PFEIFER, J., dissents.

**99–824.   State v. Alston.**
Cuyahoga App. No. 75456.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.